IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRI ANN KOELKER,

**Plaintiff,**

v.

INNOVATIVE TECHNICAL
SOLUTIONS, LLC,

**Defendant.** No. 10-CV-0649-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for consolidation (Doc. 14). Defendant moves to consolidate case number 11-cv-205-DRH-PMF involving the same parties because the lawsuits arise out of the same set of operative facts and involve common questions of law and fact. The Court agrees. Accordingly, the Court **GRANTS** the motion and **CONSOLIDATES** these cases. All further pleadings shall bear case number 10-cv-0649-DRH.

**IT IS SO ORDERED.**

Signed this 23rd day of March, 2011.

Digitally signed by David R. Herndon
Date: 2011.03.23 09:33:39 -05'00'

**Chief Judge**
**United States District Court**