IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRI ANN KOELKER,

Plaintiff,

v.

INNOVATIVE TECHNICAL
SOLUTIONS, LLC,

Defendant.   No. 10-CV-0649-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion for voluntary dismissal with prejudice (Doc. 24). Based on the reasons stated in the motion, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of August, 2011.

Digitally signed by
David R. Herndon
Date: 2011.08.30
14:00:20 -05'00'

**Chief Judge
United States District Court**