IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRI ANN KOELKER,

Plaintiff,

v.

INNOVATIVE TECHNICAL
SOLUTIONS, LLC,

Defendant.

No. 10-CV-0649-DRH
(Consolidated with 11-CV-205-DRH)

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 30, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: August 30, 2011

Digitally signed by
David R. Herndon
Date: 2011.08.30
14:30:38 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT